

08 CV 5515

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
AL SOLUTIONS, INC.,                  :

        Plaintiff,             :

vs.                                  :
                                            Case No.
JAMEGY, INC. a/k/a TITAN HOLDINGS,
INC. and JAMEGY WV, INC. a/k/a TITAN :
HOLDINGS WV, INC.,
                                           :

        Defendants.           :
------------------------------------ X



## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Defendants state that Titan Holdings WV, Inc., formerly known as Jamegy WV, Inc., is the wholly-owned subsidiary of Titan Holdings, Inc., formerly known as Jamegy, Inc., the ultimate corporate parent, and that no publicly held corporation owns ten percent or more of either entities' stock.

Dated: June 18, 2008

Respectfully submitted,
COOLEY GODWARD KRONISH LLP

By: _____
Maxine G. Sleeper

Maxine G. Sleeper (MS 9533)
1114 Avenue of the Americas
New York, NY 10036-7798
(212) 479-6000

Robert R. Vieth
Joseph J. Samarias
Hans H. Chen (HC4379)
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000

*Attorneys for Defendants Titan Holdings, Inc. f/k/a Jamegy, Inc. and Titan Holdings, WV, Inc. f/k/a Jamegy WV, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT** was served by Federal Express, Overnight Delivery to:

Michael W. Mitchell
John Boyle
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10022

Attorneys for Plaintiff
AL Solutions, Inc.

_____
Maxine G. Sleeper

366892 v1/RE