Michael W. Mitchell (MM 6310)
John Boyle (JB 0136)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

AL SOLUTIONS, INC.,

            Plaintiff,

   - against -

JAMEGY, INC. a/k/a/ TITAN HOLDINGS, INC. and
JAMEGY WV, INC. a/k/a TITAN HOLDINGS WV,
INC.,

            Defendants.

----------------------------------------------------------x

08 cv 5515 (CM)
ECF case

**WAIVER OF SERVICE**

      **IT IS HEREBY AGREED BY AND BETWEEN** Plaintiff, AL Solutions, Inc., and Defendants Titan Holdings, Inc. f/k/a Jamegy, Inc. and Titan Holdings WV, Inc., f/k/a Jamegy WV, Inc. (together the "Defendants"), by and through their undersigned counsel, as follows:

1.  This action was initially commenced by Plaintiff on May 20, 2008, by the filing of the Complaint (Index No. 601547/2008) in Supreme Court of the State of New York, New York County (the "New York Action").

2.  On May 27, 2008 the parties entered into a written Stipulation regarding service of the Summons and Complaint in the New York Action. Pursuant to the Stipulation, Defendants' counsel agreed to waive formal service of the Summons and Complaint and agreed to accept service of the Summons and Complaint, which was delivered electronically to Defendants' counsel on May 27, 2008.

3.  On June 18, 2008, the Defendants removed the New York Action and commenced the present action.

4.  In light of Defendants' removal of the New York Action, the Parties have agreed to treat the Stipulation as a Waiver of Service of Summons under Rule 4 of the Federal Rules of Civil Procedure.

5.  The Defendants, being fully aware of their rights, waive, relinquish and forego any defense of improper or defective service with respect to the Complaint.

6.  In accordance with the Stipulation, and in accordance Rule 4(d)(3) of the Federal Rules of Civil Procedure, the Defendants shall answer, move or otherwise respond to the Complaint on or before July 28, 2008.

DATED: June 25, 2008

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

_____
John Boyle

COOLEY GODWARD KRONISH LLP

_____

Michael W. Mitchell (MM 6310)
John Boyle (JB 0136)
Four Times Square
New York, New York  10036
(212) 735-3000

*Attorneys for Plaintiff*

Maxine G. Sleeper (MS 9533)
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

Robert R. Vieth
Joseph J. Samarias
Hans H. Chen (HC 4379)
One Freedom Square - Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000

*Attorneys for Defendants*