Michael W. Mitchell (MM 6310)
John Boyle (JB 0136)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York  10022
(212) 735-3000
*Attorneys for Plaintiff AL Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AL SOLUTIONS, INC.,

                Plaintiff,

   - against -

JAMEGY, INC. a/ka/ TITAN HOLDINGS, INC.,
JAMEGY WV, INC. a/ka TITAN HOLDINGS WV,
INC.,

                Defendants.
-----------------------------------------------------------------x

08 Civ. 5515 (CM)

## RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff AL Solutions, Inc. states that AL Solutions, Inc. is an indirect wholly-owned subsidiary of BlackRock, Inc.  BlackRock, Inc. has no parent corpora-

tion but Merrill Lynch & Co., Inc. owns more than 10 percent of BlackRock, Inc. stock.

Dated: July 8, 2008
      New York, NY

By: _____
Michael W. Mitchell (MM 6310)
John Boyle (JB 0136)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10022
(212) 735-3000
*Attorneys for Plaintiff AL Solutions, Inc.*