Michael W. Mitchell (MM 6310)
John Boyle (JB 0136)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10022
(212) 735-3000
*Attorneys for Plaintiff AL Solutions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AL SOLUTIONS, INC.,

              Plaintiff,

  - against -

JAMEGY, INC. a/k/a/ TITAN HOLDINGS, INC.,
JAMEGY WV, INC. a/ka TITAN HOLDINGS WV,
INC.,

              Defendants.
-------------------------------------------------------------------x

08 Civ. 5515 (CM)

**MOTION TO REMAND**

TO:   Maxine Gail Sleeper
       Cooley Godward Kronish LLP
       1114 Avenue of the Americas
       New York, NY 10036
       (212) 479-6058
       msleeper@cooley.com

       Hans Harris Chen
       Cooley Godward Kronish LLP

One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000
hchen@cooley.com

-and-

Robert R. Vieth
Cooley Godward Kronish LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000
rvieth@cooley.com

COUNSEL:

PLEASE TAKE NOTICE that Plaintiff AL Solutions, Inc., by and through its attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, shall and does hereby apply to the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY, for an Order, pursuant to 28 U.S.C. § 1447(c), remanding this action to the State Court from which it was removed and an Order seeking a stay of discovery until Plaintiff's Motion to Remand is decided.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff relies on its accompanying Memorandum of Law, Declaration of John Boyle, and Proposed Order.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: July 8, 2008

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
*Attorneys for Plaintiff AL Solutions, Inc.*

BY: _____
           John Boyle (JB 0136)