Michael W. Mitchell (MM 6310)
John Boyle (JB 0136)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10022
(212) 735-3000
*Attorneys for Plaintiff AL Solutions, Inc.*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                            :

AL SOLUTIONS, INC.,               :

                                   : 08 Civ 5515 (CM)

                Plaintiff,       :

                                     :

      - against -           :

                                     : **DECLARATION OF JOHN**

                                     : **BOYLE IN SUPPORT OF**

JAMEGY, INC. a/ka/ TITAN HOLDINGS, INC.,   : **PLAINTIFF'S MOTION TO**

JAMEGY WV, INC. a/ka TITAN HOLDINGS WV,   : **REMAND**

INC.,                                     :

                                     :

             Defendants.      :

                                     :

------------------------------------------------------------- x

       John Boyle, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, the

following:

1.     I am an attorney duly licensed to practice law in the State of New York and a member of

      the Bar of this Court. I am counsel to Skadden, Arps, Slate, Meagher & Flom LLP,

      attorneys for the Plaintiff, AL Solutions, Inc. (hereinafter, the "Plaintiff").

2.     I submit this Declaration in support of the Plaintiff's Motion to Remand this action to

      New York State Supreme Court.

**Procedural History**

3.   On May 20, 2008, Plaintiff filed a Complaint in the New York State Supreme Court.
     Plaintiff's claims arise out of numerous breaches of an asset purchase agreement, and
     related documents, pursuant to which Plaintiff purchased all of the assets of Jamegy, Inc.[1]
     and Jamegy WV, Inc.[2] (together "Jamegy" or the "Jamegy Defendants") in December
     2006. (See Complaint attached as Exhibit A to the Defendants' Notice of Removal [Dkt.
     #1]).

4.   On June 18, 2008, the Jamegy Defendants removed this action to federal court, claiming
     that federal diversity jurisdiction exists under 28 U.S.C. §1332. (See Notice of Removal
     [Dkt. #1] ¶ 5).

**Plaintiff's Corporate "Citizenship"**

5.   Plaintiff is a corporation duly organized and existing under the laws of the State of
     Delaware and maintains its principal place of business in West Virginia. (See Cmpl. ¶ 9).

**The Jamegy Defendants' Corporate Filings**

6.   Attached hereto as Exhibit A and B are records retrieved online from the Oregon
     Secretary of State website on or about January 7, 2008. Exhibit A contains true and
     correct copies of the online records from the Oregon Secretary of State that relate to
     Defendant Jamegy, Inc. a/k/a Titan Holdings, Inc. Exhibit B contains true and correct
     copies of the online records from the Oregon Secretary of State that relate to Defendant

---

[1]        On or about January 18, 2007, Jamegy Inc. changed its name to Titan Holdings,
Inc. (See Notice of Removal [Dkt. #1] ¶ 4).

[2]        On or about January 16, 2007, Jamegy WV, Inc. changed its name to Titan
Holdings WV, Inc. (See Notice of Removal [Dkt. #1] ¶ 4).

Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc.

7.   In these records, both Defendants are identified as corporations duly organized and existing under the laws of the State of Oregon. (See Exhibits A & B).

8.   Those same records also identify West Virginia as the principal places of business for both Defendants. (See Exhibits A & B).

9.   Specifically, Titan Holdings, Inc. (the entity previously known as Jamegy, Inc.), identified its principal place of business in West Virginia and provided a West Virginia mailing address. (See Exhibit A).

10.  Similarly, Titan Holdings WV, Inc. (the entity previously known as Jamegy, WV, Inc.) also identified its principal place of business in West Virginia. It further provided a West Virginia mailing address, and West Virginia addresses for two of its officers. (See Exhibit B).

11.  Attached hereto as Exhibit C and D are records retrieved online from the Oregon Secretary of State website on or about July 2, 2008 that relate to Defendants. Exhibit C contains true and correct copies of the July 2, 2008 online records from the Oregon Secretary of State that relate to Defendant Jamegy, Inc. a/k/a Titan Holdings, Inc. Exhibit D contains true and correct copies of the July 2, 2008 online records from the Oregon Secretary of State that relate to Defendant Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc.

12.  Although these records were amended by the Defendants at some point between January 7, 2008 and July 2, 2008 to revise some mailing address information, the identification of both Defendants' principal places of business remained unchanged. (See Exhibits C & D).

Both Defendants continued to designate West Virginia as their principal place of business in the records they have on file with the Oregon Secretary of State. (See Exhibits C & D).

13.     Attached hereto as Exhibit E and F are online address filings that relate to the Defendants that were retrieved from the West Virginia Secretary of State website on or about July 2, 2008 and July 7, 2008. Exhibit E contains a true and correct copy of the online address filing from West Virginia that relates to Defendant Jamegy, Inc. a/k/a Titan Holdings, Inc. Exhibit F contains a true and correct copy of the online address filing from West Virginia that relates to Defendant Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc. Both Defendants identify an Oregon post office box as their "principal office address" in these filings. (See Exhibits E & F).

**Telephone Conferences with Defendants' Counsel**

14.     In an effort to ascertain the factual basis for the Jamegy Defendants' claim that their principal places of business were not as indicated in their Oregon corporate filings, I contacted Defendants' counsel.

15.     On or about June 25, 2008, Joseph Samarias, counsel for the Jamegy Defendants, and I had a telephone conference. Although he indicated he would have to check into the matter, at that time Mr. Samarias indicated that it was his understanding that the Jamegy Defendants were not engaged in any ongoing business activities, but were merely awaiting resolution of this lawsuit and payment of any final amounts due under the Asset Purchase Agreement before winding up their operations.

16.     With respect to the Oregon corporate filings that identified West Virginia as the Jamegy Defendants' principal places of business, Mr. Samarias stated that those records were

4

"wrong" and that Defendants' principal places of business were in Oregon.

17.    On June 30, 2008, I spoke again with Mr. Samarias.  During this conversation, Mr.

Samarias informed me:  (1) that neither Defendant maintains a separate corporate office

in Oregon; (2) that both Defendants now use an Oregon post office box as a mailing

addresses; (3) that Defendants have no active employees and their sole employee is the

president, Devin Megy, who now resides in Oregon; (4) that Defendants' books and

records are located in Oregon; and (5) that Defendants' bank accounts, containing

approximately $5 million, are maintained in a bank located in Pennsylvania.

18.    Notably, Mr. Samarias also explained that, since the sale of their assets to Plaintiff in

December 2006, the Jamegy Defendants are no longer actively transacting any of their

usual corporate business and have not transacting any such business in Oregon.  Mr.

Samarias correctly observed that Defendants are effectively barred from doing so by

virtue of the non-compete clause of the Asset Purchase Agreement which is the subject of

this lawsuit.  (See APA. ¶ 5.1, filed with the Defendants' Notice of Removal [Dkt. #1] as

an exhibit to the Complaint).

Dated: July 8, 2008
       New York, NY

John Boyle

# Exhibit A

OREGON SECRETARY OF STATE

HOME ► Corporation Division

business information center **business name search** oregon business guide

referral list business registry/renewal forms/fees notary public

uniform commercial code uniform commercial code search documents & data services

## Business Name Search

New Search    Printer Friendly    **Business Entity Data**    01-07-2008
15:35

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 247837-89 | DBC | ACT | OREGON | 05-14-1991 | | |
| **Entity Name** | TITAN HOLDINGS, INC. | | | | | |
| **Foreign Name** | | | | | | |

New Search    Printer Friendly    **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| Addr 1 | 100 SOUTH CHESTER ST | | | | |
| Addr 2 | | | | | |
| CSZ | NEW CUMBERLAND | WV | 26047 | Country | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 06-15-1994 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | THOMAS | L | GALLAGHER | JR | | | |
| Addr 1 | 527 NW THIRD ST | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | CORVALLIS | OR | 97330 | | Country | UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| Addr 1 | PO BOX 1224 | | | | |
| Addr 2 | | | | | |
| CSZ | NEW CUMBERLAND | WV | 26047 | Country | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | Resign Date | |
|---|---|---|---|---|---|
| Name | DEVIN | | MEGY | | |
| Addr 1 | 136 LINCOLN HIGHLANDS DRIVE | | | | |
| Addr 2 | | | | | |
| CSZ | CORAOPOLIS | PA | 15108 | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | Resign Date | |
|---|---|---|---|---|---|
| Name | JOSEPH | | MEGY | | |
| Addr 1 | 137 CASA SUENO COURT | | | | |

| Addr 2 | | | | | | |
|--------|--|--|--|--|--|--|
| CSZ | RICHLAND | WA | 99352 | | Country | UNITED STATES OF AMERICA |

New Search     Printer Friendly     **Name History**

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|----------------------|-----------|-------------|------------|----------|
| TITAN HOLDINGS, INC. | EN | CUR | 01-18-2007 | |
| JAMEGY, INC. | EN | PRE | 05-14-1991 | 01-18-2007 |

Please read before ordering Copies.

New Search     Printer Friendly     **Summary History**

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|------------|--------|------------------|----------------|--------|-------------------|--------------|
| 05-08-2007 | ANNUAL REPORT PAYMENT | 05-08-2007 | | SYS | | |
| 01-18-2007 | ARTICLES OF AMENDMENT | 01-18-2007 | | FI | Name | |
| 06-05-2006 | AMENDMENT TO ANNUAL REPORT | 06-05-2006 | | FI | | |
| 06-05-2006 | ANNUAL REPORT | 06-05-2006 | | FI | | |
| 05-19-2006 | NOTICE LATE ANNUAL | 05-19-2006 | | SYS | | |
| 05-10-2005 | ANNUAL REPORT PAYMENT | 05-10-2005 | | SYS | | |
| 05-18-2004 | ANNUAL REPORT PAYMENT | 05-18-2004 | | SYS | | |
| 05-15-2003 | ANNUAL REPORT PAYMENT | 05-15-2003 | | SYS | | |
| 05-07-2002 | ANNUAL REPORT PAYMENT | 05-07-2002 | | SYS | | |
| 05-11-2001 | ANNUAL REPORT PAYMENT | 05-11-2001 | | SYS | | |
| 05-04-2000 | STRAIGHT RENEWAL | 05-04-2000 | | FI | | |
| 05-19-1999 | STRAIGHT RENEWAL | 05-17-1999 | | FI | | |
| 05-29-1998 | NB AMENDMENT | 05-29-1998 | | FI | | |
| 05-28-1998 | NB AMENDMENT | 05-28-1998 | | FI | | |
| 05-22-1998 | STRAIGHT RENEWAL | 05-15-1998 | | FI | | |
| 05-19-1997 | STRAIGHT RENEWAL | 05-12-1997 | | FI | | |
| 05-23-1996 | STRAIGHT RENEWAL | 05-17-1996 | | FI | | |
| 05-23-1996 | CHANGED RENEWAL | 05-17-1996 | | FI | | |

| 05-15-1995 | STRAIGHT RENEWAL | 05-15-1995 | | FI | | |
|---|---|---|---|---|---|---|
| 06-16-1994 | AMENDED RENEWAL | 06-16-1994 | | FI | | |
| 06-15-1994 | AGENT/AUTH REP CHNG | 06-15-1994 | | FI | | |
| 06-02-1993 | AMENDED RENEWAL | 05-26-1993 | | FI | | |
| 05-21-1993 | NOTICE | 05-25-1993 | | SYS | | |
| 04-29-1992 | AMENDED RENEWAL | 04-24-1992 | | FI | | |
| 05-14-1991 | NEW FILING | 05-14-1991 | | FI | | |

About Us | Announcements | Laws & Rules | Feedback
Site Map | Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : businessregistry.sos@state.or.us



© 2008 Oregon Secretary of State. All Rights Reserved.

# Exhibit B

HOME  ▶ **Corporation Division**

business information center  business name search  oregon business guide
referral list  business registry/renewal  forms/fees  notary public
uniform commercial code  uniform commercial code search  documents & data services

## Business Name Search

New Search    Printer Friendly    **Business Entity Data**    01-07-2008
15:34

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 364595-84 | DBC | ACT | OREGON | 09-21-1993 | | |
| **Entity Name** | TITAN HOLDINGS WV, INC. | | | | | |
| **Foreign Name** | | | | | | |

New Search    Printer Friendly    **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| Addr 1 | S CHESTER STREET | | | | |
| Addr 2 | | | | | |
| CSZ | NEW CUMBERLAND | WV | 26047 | Country | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 06-15-1994 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | THOMAS | L | GALLAGHER | JR | | | |
| Addr 1 | 527 NW THIRD ST | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | CORVALLIS | OR | 97330 | Country | UNITED STATES OF AMERICA | | |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| Addr 1 | P O BOX 1224 | | | | |
| Addr 2 | | | | | |
| CSZ | NEW CUMBERLAND | WV | 26047 | Country | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | Resign Date | |
|---|---|---|---|---|---|
| Name | JOSEPH | A | MEGY | | |
| Addr 1 | PO BOX 91 | | | | |
| Addr 2 | | | | | |
| CSZ | NEW CUMBERLAND | WV | 26047 | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | Resign Date | |
|---|---|---|---|---|---|
| Name | JOE | | ALONGI | | |

| Addr 1 | 3350A PENNSYLVANIA AVE |  |  |  |  |  |
|--------|------------------------|--|--|--|--|--|
| Addr 2 |  |  |  |  |  |  |
| CSZ | WEIRTON | WV | 26062 |  | Country | UNITED STATES OF AMERICA |

New Search    Printer Friendly    # Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|----------------------|-----------|-------------|------------|----------|
| TITAN HOLDINGS WV, INC. | EN | CUR | 01-16-2007 |  |
| JAMEGY WV., INC. | EN | PRE | 09-21-1993 | 01-16-2007 |

Please read before ordering Copies.

New Search    Printer Friendly    # Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|------------|--------|------------------|----------------|--------|-------------------|--------------|
| 08-23-2007 | ANNUAL REPORT PAYMENT | 08-23-2007 |  | SYS |  |  |
| 01-16-2007 | ARTICLES OF AMENDMENT | 01-16-2007 |  | FI | Name |  |
| 09-20-2006 | ANNUAL REPORT PAYMENT | 09-20-2006 |  | SYS |  |  |
| 09-07-2005 | ANNUAL REPORT PAYMENT | 09-07-2005 |  | SYS |  |  |
| 09-03-2004 | ANNUAL REPORT PAYMENT | 09-03-2004 |  | SYS |  |  |
| 09-16-2003 | ANNUAL REPORT PAYMENT | 09-16-2003 |  | SYS |  |  |
| 09-17-2002 | ANNUAL REPORT PAYMENT | 09-17-2002 |  | SYS |  |  |
| 09-21-2001 | ANNUAL REPORT PAYMENT | 09-21-2001 |  | SYS |  |  |
| 10-11-2000 | CHANGED RENEWAL | 10-11-2000 |  | FI |  |  |
| 10-03-2000 | STRAIGHT RENEWAL | 10-03-2000 |  | FI |  |  |
| 09-29-2000 | NOTICE | 10-02-2000 |  | SYS |  |  |
| 10-15-1999 | STRAIGHT RENEWAL | 10-15-1999 |  | FI |  |  |
| 10-01-1999 | NOTICE | 10-04-1999 |  | SYS |  |  |
| 09-17-1998 | STRAIGHT RENEWAL | 09-14-1998 |  | FI |  |  |
| 09-19-1997 | STRAIGHT RENEWAL | 09-16-1997 |  | FI |  |  |
| 09-27-1996 | NOTICE | 09-30-1996 |  | SYS |  |  |
| 09-30-1996 | STRAIGHT RENEWAL | 09-18-1996 |  | FI |  |  |
| 10-10- |  |  |  |  |  |  |

| 1995 | AMENDED RENEWAL | 10-10-1995 | | FI | | |
|---|---|---|---|---|---|---|
| 09-29-1995 | NOTICE | 10-02-1995 | | SYS | | |
| 10-28-1994 | AMENDED RENEWAL | 10-28-1994 | | FI | | |
| 06-15-1994 | AGENT/AUTH REP CHNG | 06-15-1994 | | FI | | |
| 09-21-1993 | NEW FILING | 09-21-1993 | | FI | | |



© 2008 Oregon Secretary of State. All Rights Reserved.

# Exhibit C

## Business Registry Business Name Search

## Business Entity Data

07-02-2008
09:25

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 247837-89 | DBC | ACT | OREGON | 05-14-1991 | | 08-08-2008 |
| **Entity Name** | TITAN HOLDINGS, INC. | | | | | |
| **Foreign Name** | | | | | | |

This Business Entity is due for renewal and can be renewed online using **VISA** or **MasterCard**

## Online Renewal Instructions:

1. **Please verify all information is correct.**
2. To change your business's information, use this form:  PDF
3. Then  [ Renew Online ]

## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| **Addr 1** | 100 SOUTH CHESTER ST | | | | |
| **Addr 2** | | | | | |
| **CSZ** | NEW CUMBERLAND | WV | 26047 | **Country** | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 06-15-1994 | Resign Date | |
|---|---|---|---|---|---|---|---|
| **Name** | THOMAS | | L | GALLAGHER | | JR | |
| **Addr 1** | 527 NW THIRD ST | | | | | | |
| **Addr 2** | | | | | | | |
| **CSZ** | CORVALLIS | OR | 97330 | | **Country** | UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | | |
|---|---|---|---|---|---|
| **Addr 1** | PO BOX 1417 | | | | |
| **Addr 2** | | | | | |
| **CSZ** | PORTLAND | OR | 97207 | **Country** | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | DEVIN | | MEGY | | | |
| Addr 1 | 1001 NW LOVEJOY UNIT 705 | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97209 | | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | JOSEPH | | MEGY | | | |
| Addr 1 | 137 CASA SUENO COURT | | | | | |
| Addr 2 | | | | | | |
| CSZ | RICHLAND | WA | 99352 | | Country | UNITED STATES OF AMERICA |

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| TITAN HOLDINGS, INC. | EN | CUR | 01-18-2007 | |
| JAMEGY, INC. | EN | PRE | 05-14-1991 | 01-18-2007 |

Please read before ordering Copies.

New Search

## Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 05-16-2008 | NOTICE LATE ANNUAL | 05-16-2008 | | SYS | | |
| 01-17-2008 | AMENDMENT TO ANNUAL REPORT | 01-17-2008 | | FI | | |
| 05-08-2007 | ANNUAL REPORT PAYMENT | 05-08-2007 | | SYS | | |
| 01-18-2007 | ARTICLES OF AMENDMENT | 01-18-2007 | | FI | Name | |
| 06-05-2006 | AMENDMENT TO ANNUAL REPORT | 06-05-2006 | | FI | | |
| 06-05-2006 | ANNUAL REPORT | 06-05-2006 | | FI | | |
| 05-19-2006 | NOTICE LATE ANNUAL | 05-19-2006 | | SYS | | |
| 05-10-2005 | ANNUAL REPORT PAYMENT | 05-10-2005 | | SYS | | |

| | | | | | |
|---|---|---|---|---|---|
| 05-18-2004 | ANNUAL REPORT PAYMENT | 05-18-2004 | | SYS | |
| 05-15-2003 | ANNUAL REPORT PAYMENT | 05-15-2003 | | SYS | |
| 05-07-2002 | ANNUAL REPORT PAYMENT | 05-07-2002 | | SYS | |
| 05-11-2001 | ANNUAL REPORT PAYMENT | 05-11-2001 | | SYS | |
| 05-04-2000 | STRAIGHT RENEWAL | 05-04-2000 | | FI | |
| 05-19-1999 | STRAIGHT RENEWAL | 05-17-1999 | | FI | |
| 05-29-1998 | NB AMENDMENT | 05-29-1998 | | FI | |
| 05-28-1998 | NB AMENDMENT | 05-28-1998 | | FI | |
| 05-22-1998 | STRAIGHT RENEWAL | 05-15-1998 | | FI | |
| 05-19-1997 | STRAIGHT RENEWAL | 05-12-1997 | | FI | |
| 05-23-1996 | STRAIGHT RENEWAL | 05-17-1996 | | FI | |
| 05-23-1996 | CHANGED RENEWAL | 05-17-1996 | | FI | |
| 05-15-1995 | STRAIGHT RENEWAL | 05-15-1995 | | FI | |
| 06-16-1994 | AMENDED RENEWAL | 06-16-1994 | | FI | |
| 06-15-1994 | AGENT/AUTH REP CHNG | 06-15-1994 | | FI | |
| 06-02-1993 | AMENDED RENEWAL | 05-26-1993 | | FI | |
| 05-21-1993 | NOTICE | 05-25-1993 | | SYS | |
| 04-29-1992 | AMENDED RENEWAL | 04-24-1992 | | FI | |
| 05-14-1991 | NEW FILING | 05-14-1991 | | FI | |

© 2008  Oregon Secretary of State.  All Rights Reserved.

# Exhibit D

## Business Registry Business Name Search

### New Search

## Business Entity Data

07-02-2008
09:24

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Duration Date | Renewal Date |
|---|---|---|---|---|---|---|
| 364595-84 | DBC | ACT | OREGON | 09-21-1993 | | |
| **Entity Name** | TITAN HOLDINGS WV, INC. | | | | | |
| **Foreign Name** | | | | | | |

### New Search

## Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| **Addr 1** | 100 S CHESTER ST | | | |
| **Addr 2** | | | | |
| **CSZ** | NEW CUMBERLAND | WV | 26047 | **Country** UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | Start Date | 06-15-1994 | Resign Date | |
|---|---|---|---|---|---|---|
| **Name** | THOMAS | L | GALLAGHER | JR | | |
| **Addr 1** | 527 NW THIRD ST | | | | | |
| **Addr 2** | | | | | | |
| **CSZ** | CORVALLIS | OR | 97330 | **Country** UNITED STATES OF AMERICA | | |

| Type | MAL | MAILING ADDRESS | |
|---|---|---|---|
| **Addr 1** | PO BOX 1417 | | |
| **Addr 2** | | | |
| **CSZ** | PORTLAND | OR | 97207 | **Country** UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | Resign Date | |
|---|---|---|---|---|
| **Name** | DEVIN | MEGY | | |
| **Addr 1** | 1001 NW LOVEJOY UNIT 705 | | | |
| **Addr 2** | | | | |
| **CSZ** | PORTLAND | OR | 97209 | **Country** UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | Resign Date | |
|---|---|---|---|---|
| **Name** | JOSEPH | MEGY | | |

| Addr 1 | 137 CASA SUEÑO COURT | | | | | |
|--------|----------------------|--|--|--|--|--|
| Addr 2 | | | | | | |
| CSZ | RICHLAND | WA | 99352 | | Country | UNITED STATES OF AMERICA |

New Search

## Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|----------------------|-----------|-------------|------------|----------|
| TITAN HOLDINGS WV, INC. | EN | CUR | 01-16-2007 | |
| JAMEGY WV., INC. | EN | PRE | 09-21-1993 | 01-16-2007 |

Please read before ordering Copies.

New Search

## Summary History

| Image Date | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|------------|--------|------------------|----------------|--------|-------------------|--------------|
| 01-17-2008 | AMENDMENT TO ANNUAL REPORT | 01-17-2008 | | FI | | |
| 08-23-2007 | ANNUAL REPORT PAYMENT | 08-23-2007 | | SYS | | |
| 01-16-2007 | ARTICLES OF AMENDMENT | 01-16-2007 | | FI | Name | |
| 09-20-2006 | ANNUAL REPORT PAYMENT | 09-20-2006 | | SYS | | |
| 09-07-2005 | ANNUAL REPORT PAYMENT | 09-07-2005 | | SYS | | |
| 09-03-2004 | ANNUAL REPORT PAYMENT | 09-03-2004 | | SYS | | |
| 09-16-2003 | ANNUAL REPORT PAYMENT | 09-16-2003 | | SYS | | |
| 09-17-2002 | ANNUAL REPORT PAYMENT | 09-17-2002 | | SYS | | |
| 09-21-2001 | ANNUAL REPORT PAYMENT | 09-21-2001 | | SYS | | |
| 10-11-2000 | CHANGED RENEWAL | 10-11-2000 | | FI | | |
| 10-03-2000 | STRAIGHT RENEWAL | 10-03-2000 | | FI | | |
| 09-29-2000 | NOTICE | 10-02-2000 | | SYS | | |
| 10-15-1999 | STRAIGHT RENEWAL | 10-15-1999 | | FI | | |

| 10-01-1999 | NOTICE | 10-04-1999 | | SYS | |
|---|---|---|---|---|---|
| 09-17-1998 | STRAIGHT RENEWAL | 09-14-1998 | | FI | |
| 09-19-1997 | STRAIGHT RENEWAL | 09-16-1997 | | FI | |
| 09-27-1996 | NOTICE | 09-30-1996 | | SYS | |
| 09-30-1996 | STRAIGHT RENEWAL | 09-18-1996 | | FI | |
| 10-10-1995 | AMENDED RENEWAL | 10-10-1995 | | FI | |
| 09-29-1995 | NOTICE | 10-02-1995 | | SYS | |
| 10-28-1994 | AMENDED RENEWAL | 10-28-1994 | | FI | |
| 06-15-1994 | AGENT/AUTH REP CHNG | 06-15-1994 | | FI | |
| 09-21-1993 | NEW FILING | 09-21-1993 | | FI | |

© 2008 Oregon Secretary of State. All Rights Reserved.

# Exhibit E

West Virginia Secretary of State
Business Organization Information System
Registration Information of Corporations, Limited Liability Companies,
Limited Partnerships and Other Company Types.

**Betty Ireland**

**SOS Home**
On-Line Reference

| Name: | | TITAN HOLDINGS, INC. | | | | | |
|---|---|---|---|---|---|---|---|
| Type: | C | Eff Date: | 7/30/1992 | Ch Type: | F | Term Date: | |
| Sec Type: | | Fil Date: | 7/30/1992 | Class: | P | Term Reas: | |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

### Address Information

| Principal Office Address | | | | Mailing Address | | | |
|---|---|---|---|---|---|---|---|
| PO BOX 1417 | | | | . | | | |
| . | | | | . | | | |
| City | State/Pr | Country | Zip | City | State/Pr | Country | Zip |
| PORTLAND | OR | USA | 97207 | . | | | |

| Local Office Address | | | | Mailing Address | | | |
|---|---|---|---|---|---|---|---|
| . | | | | . | | | |
| . | | | | . | | | |
| City | State/Pr | Country | Zip | City | State/Pr | Country | Zip |
| | | | | . | | | |

| Notice of Process Address | | | | Mailing Address | | | |
|---|---|---|---|---|---|---|---|
| DEVIN MAGY | | | | . | | | |
| PO BOX 1417 | | | | . | | | |
| . | | | | . | | | |
| City | State/Pr | Country | Zip | City | State/Pr | Country | Zip |
| PORTLAND | OR | USA | 97207 | . | | | |

# Exhibit F



**Name:** TITAN HOLDINGS WV, INC.

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | C | **Eff Date:** | 7/20/1995 | **Ch Type:** | F | **Term Date:** |
| **Sec Type:** | | **Fil Date:** | 7/20/1995 | **Class:** | P | **Term Reas:** |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

### Address Information

| Principal Office Address | Mailing Address |
|---|---|
| PO BOX 1417<br>.<br>City   State/Pr   Country   Zip<br>PORTLAND OR   USA   97207 | .<br>.<br>City   State/Pr   Country   Zip<br>. |
| **Local Office Address**<br>.<br>City   State/Pr   Country   Zip | **Mailing Address**<br>.<br>.<br>City   State/Pr   Country   Zip<br>. |
| **Notice of Process Address**<br>DEVIN MEGY<br>PO BOX 1417<br>.<br>City   State/Pr   Country   Zip<br>PORTLAND OR   USA   97207 | **Mailing Address**<br>.<br>.<br>.<br>City   State/Pr   Country   Zip<br>. |