## CERTIFICATE OF SERVICE

I, John Boyle, hereby certify that on July 8, 2008, I caused true and correct copies of AL Solutions, Inc.'s MOTION TO REMAND, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, DECLARATION OF JOHN BOYLE, PROPOSED ORDER, and RULE 7.1 DISCLOSURE to be served on Defendants Jamegy, Inc. and Jamegy WV, Inc., by hand by serving copies of the same on:

> Maxine Gail Sleeper
> Cooley Godward Kronish LLP
> 1114 Avenue of the Americas
> New York, NY 10036
> (212) 479-6058
> msleeper@cooley.com

Copies were also served by email and ECF upon the attorneys listed below:

> Hans Harris Chen
> hchen@cooley.com
> Robert R. Vieth
> rvieth@cooley.com
> Cooley Godward Kronish LLP
> One Freedom Square
> Reston Town Center
> 11951 Freedom Drive
> Reston, VA 20190-5656
> (703) 456-8000

_____
John Boyle