UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

------------------------------------- X

AL SOLUTIONS, INC.,

      Plaintiff,

vs.

JAMEGY, INC. a/k/a TITAN HOLDINGS,
INC. and JAMEGY WV, INC. a/k/a TITAN
HOLDINGS WV, INC.,

      Defendants.

------------------------------------- X

Case No. **08CV5115 (CM)**

**ORDER FOR ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

Upon the motion of Hans H. Chen attorney for Defendants Jamegy, Inc. a/k/a Titan Holdings, Inc. and Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc. and said sponsor attorney's affidavit in support; IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Robert R. Vieth |
| Firm Name: | Cooley Godward Kronish LLP |
| Address: | One Freedom Square, Reston Town Center |
| | 11951 Freedom Drive |
| City/State/Zip: | Reston, VA 20190-5656 |
| Phone: | (703) 456-8000 |
| Fax: | (703) 456-8100 |
| E-mail Address: | rvieth@cooley.com |

is admitted to practice *pro hac vice* as counsel for Defendants Jamegy, Inc. a/k/a Titan Holdings, Inc. and Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc. in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of the Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 21, 2008

                                                                United States District Judge

367800 v2/RE