UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/21/08
```

------------------------------------- X

AL SOLUTIONS, INC.,                        :

       Plaintiff,                          :

                            Case No. **08CV5115 (CM)**

vs.                                        :

                            **ORDER FOR ADMISSION**
JAMEGY, INC. a/k/a TITAN HOLDINGS,    :    ***PRO HAC VICE***
INC. and JAMEGY WV, INC. a/k/a TITAN       **ON WRITTEN MOTION**
HOLDINGS WV, INC.,                         :

       Defendants.

------------------------------------- X

Upon the motion of Hans H. Chen attorney for Defendants Jamegy, Inc. a/k/a Titan

Holdings, Inc. and Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc. and said sponsor attorney's

affidavit in support; IT IS HEREBY ORDERED that

          Applicant's Name:    Joseph J. Samarias
          Firm Name:         Cooley Godward Kronish LLP
          Address:           One Freedom Square, Reston Town Center
                              11951 Freedom Drive
          City/State/Zip:      Reston, VA 20190-5656
          Phone:            (703) 456-8000
          Fax:              (703) 456-8100
          E-mail Address:    jsamarias@cooley.com

is admitted to practice *pro hac vice* as counsel for Defendants Jamegy, Inc. a/k/a Titan Holdings,

Inc. and Jamegy WV, Inc. a/k/a Titan Holdings WV, Inc. in the above captioned case in the

United States District Court for the Southern District of New York.

       All attorneys appearing before this Court are subject to the Local Rules of the Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  July 21, 2008

                                    United States District Judge