## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2008, a true and correct copy of the foregoing Defendants' Memorandum In Opposition to Plaintiff's Motion to Remand; and the Declarations of Joseph J. Samarias and Devin Megy In Support of Defendants' Opposition to Motion to Remand were served via electronic mail and ECF to the following:

>Michael W. Mitchell
>michael.mitchell@skadden.com
>John Boyle
>john.boyle@skadden.com
>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
>Four Times Square
>New York, New York 10022
>
>Attorneys for Plaintiff
>AL Solutions, Inc.

/s/ Hans H. Chen_____

371836 v1/RE