# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212.735.2516
DIRECT FAX
917.777.2515
EMAIL
MICHAEL.MITCHELL@SKADDEN

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

**MEMO ENDORSED**

July 28, 2008

**BY FACSIMILE**

Hon. Colleen McMahon U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

8

Re:  *AL Solutions, Inc. v. Jamegy, Inc., et al,* No. 08 Civ. 5515

Dear Judge McMahon:

We represent Plaintiff AL Solutions, Inc. in the above-referenced action. We just received via ECF a copy of Defendants' Proposed Case Management Plan that we respectfully submit was mistakenly endorsed by Your Honor.

Pursuant to Your Honor's June 25, 2008 Order, we conferred with Defendants' counsel regarding the above on July 24, 2008. At that time the parties could not come to any agreement on any dates because, among other things, Defendants had not yet even filed their answers and responded to the Complaint.

In addition, Plaintiff has filed a motion to remand that is presently before Your Honor that, if granted, will moot any case management plan. When Plaintiff files its reply brief tomorrow, briefing will be complete on that motion and ready for decision.

Moreover, and most importantly, since Your Honor's own June 25 Order contemplates an <u>agreement</u> on any proposed order (see ¶ 2) – which we emphasize was never reached – the parties would have further opportunity to reach agreement or come before the Court on September 26, 2008 for a conference. (A copy of the June 25 Order is attached hereto).

*[handwritten: 7/29/08]*

*[handwritten: You are correct. I misunderstood and thought I was signing an agreed order. I am not supposed to receive orders from one side only. Order vacated.]*

Accordingly, we respectfully request that Your Honor strike the Case Management Plan entered today, which is itself violative of Your Honor's June 25 Order because it was never consented to by Plaintiff and therefore should not have even been submitted by Defendants.[1] Assuming Your Honor does not grant the motion to remand (which will moot all proceedings in this Court), consistent with Your Honor's June 25 Order, the parties will endeavor to submit an agreed upon case management plan before the September 26, 2008 conference or, if we cannot agree, we will appear at that conference to resolve any differences.

Respectfully submitted,

Michael W. Mitchell

cc: Maxine Gail Sleeper (via email)
Hans Harris Chen (via email)
Robert R. Vieth (via email)
Joseph J. Samarias (via email)

---

[1] Not surprisingly, the Defendants' plan is entirely biased in their favor.