

Joseph J. Samarias
(703) 456-8066
jsamarias@cooley.com

VIA FACSIMILE (212) 805-6326

July 30, 2008

**MEMO ENDORSED**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

RE: AL Solutions, Inc. v. Jamegy, Inc. et al.
  S.D.N.Y. Case No. 08-cv-5515 (CM) (AJP)

Dear Judge McMahon:

We represent Defendants in the above-referenced action. Upon review of Plaintiff's Reply Memorandum In Support of Its Motion to Remand, we wish to join Plaintiff's request for oral argument.

Respectfully submitted,

Joseph J. Samarias

cc:   Michael W. Mitchell, Esq. (*via email*)
    John P. Boyle, Esq. (*via email*)

*If I need it — which I rarely do — I will let you know.*

/s/ Colleen McMahon

ONE FREEDOM SQUARE, RESTON TOWN CENTER, 11951 FREEDOM DRIVE, RESTON, VA 20190-5656  T: (703) 456-8000  F: (703) 456-8100  WWW.COOLEY.COM